THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMON WARREN, Appellant. [936 NYS2d 904]

Since the defendant had not yet completed the previously imposed terms of imprisonment when he was resentenced, the resentencing to a mandatory period of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621 [2011]; *People v Dawkins*, 87 AD3d 550 [2011]; *People v Myrick*, 84 AD3d 1272 [2011]).

Furthermore, this Court is without authority to reconsider the incarceratory component of the sentence on this appeal (*see People v Lingle*, 16 NY3d at 635; *People v Edwards*, 89 AD3d 1034 [2011]; *People v Myrick*, 84 AD3d 1272 [2011]). Dillon, J.P., Balkin, Belen and Austin, JJ., concur.